# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MARY FORREST,**

          Plaintiff**,**

                              **Case No. 06-C-294**

    -vs-

**CITIFINANCIAL, INC.,**

          Defendant**.**

## ORDER

This matter is before the Court on the Corrected Stipulation to Stay Action Pending Outcome of Motion to Transfer to the Northern District of Illinois pursuant to 28 U.S.C. § 1407 for Consolidated Pretrial Proceedings [DE 26] filed by the Defendant on October 25, 2006.

Having reviewed the Corrected Stipulation to Stay Action Pending Outcome of Motion to Transfer to the Northern District of Illinois pursuant to 28 U.S.C. § 1407 for Consolidated Pretrial Proceedings, the Court now **GRANTS** the Corrected Stipulation and orders that this action be stayed pending the hearing and ruling by the Panel on the Motion of the Plaintiffs Frank Hernandez and Chana Hecht to Transfer to the Northern District of Illinois Pursuant to 28 U.S.C. § 1407 for Consolidated Pretrial Proceedings.

Dated at Milwaukee, Wisconsin, this 26th day of October, 2006.

                                              **SO ORDERED,**

                                              s/ Rudolph T. Randa
                                              **HON. RUDOLPH T. RANDA**
                                              **Chief Judge**